UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROBERT WARD and DILLON GASTON,
    Plaintiffs,                                        CASE NO.:    6:23-cv-00500-WWB-EJK

v.

HUVI, INC.,
    Defendant.
_____/

## NOTICE OF LEAD COUNSEL DESIGNATION

Hopkinson Law, LLC, as undersigned counsel for Plaintiffs, ROBERT WARD and DILLON GASTON, do hereby file this Notice of Lead Counsel Designation and advises that Kathryn C. Hopkinson, Esq. will be lead counsel for this matter.

Dated: March 17, 2023                                Respectfully Submitted,

*/s/ Kathryn C. Hopkinson*
**Kathryn C. Hopkinson, Esq.**
Florida Bar No.: 0102666
khopkinson@hopkinsonlawfirm.com

HOPKINSON LAW, LLC

1510 West Cleveland Street
Tampa, FL 33606
(508) 274-9169 (m) | (813) 816-1514 (o)

*Counselor for Plaintiffs Robert Ward and Dillon Gaston*