# VERIFIED RETURN OF SERVICE

Job # 333544

### Client Info:

HOPKINSON LAW LLC
KATHRYN HOPKINSON, ESQ.
210 North Excelda Avenue
Tampa, FL  33602

### Case Info:

| | |
|---|---|
| **PLAINTIFFS:**<br>ROBERT WARD and DILLON GASTON<br> -versus-<br>**DEFENDANT:**<br>HUVI, INC. | UNITED STATES DISTRICT COURT<br>Court Division: MIDDLE DISTRICT OF FLORIDA<br>Court Case # **6:23-cv-00500-WWB-EJK** |

### Service Info:

**Date Received: 3/22/2023** at **04:28 PM**
**Service:** I Served **HUVI, INC. c/o STEVEN J. SHELDON, REGISTERED AGENT**
With: **SUMMONS IN A CIVIL ACTION; COMPLAINT; EXHIBITS A & B**
by leaving with **JOSE GOMEZ, TEAM MEMBER**

**At BUSINESS 1745 OVIEDO MALL BLVD OVIEDO, FL 32765**
On **3/28/2023** at **03:50 PM**
**Manner of Service: CORPORATE**
CORPORATE SERVICE WAS PERFORMED BY DELIVERING A TRUE COPY TO DESIGNATED PERSON TO ACCEPT PURSUANT TO F.S. 48.081 (1)(a)(b)(c)(d), (2) or (3).

### Service was Attempted on:

**(1) 3/27/2023** at **12:00 PM**, by **BENNY GONZALEZ** Loc: **1745 OVIEDO MALL BLVD, OVIEDO, FL 32765**
**Notes:** CLOSED , SIGN POSTED CLOSED ON 3/27.

I ACKNOWLEDGE THAT I AM AUTHORIZED TO SERVE PROCESS, IN GOOD STANDING IN THE JURISDICTION WHEREIN THIS PROCESS WAS SERVED AND I HAVE NO INTEREST IN THE ABOVE ACTION. UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.



**BENNY GONZALEZ**
Lic # **180016 & 0298**

**S&W PROCESS SERVICE**
2801 N. FLORIDA AVE.
Tampa, FL 33602

Client # 333544
Ref # LSU2023001137




1 of 1