**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ROBERT WARD and DILLON GASTON,

        Plaintiffs,

v.                                      Case No.: 6:23-cv-500-WWB-EJK

HUVI, INC.,

        Defendant.

## ORDER OF REFERENCE

This case is hereby referred to the Magistrate Judge for case management, ruling on all non-dispositive motions, and the issuance of Report and Recommendations on dispositive motions.

**DONE and ORDERED** in Orlando, Florida on this 30th day of March 2023.

                WENDY W. BERGER
                UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record