# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**ROBERT WARD and DILLON GASTON,**

      **Plaintiffs,**

**v.**                                                                   Case No: 6:23-cv-500-WWB-EJK

**HUVI, INC.,**

      **Defendant.**

## ORDER

This cause comes before the Court upon review of Attorney Kathryn C. Hopkinson's Notice of Unavailability (Doc. 9), filed March 30, 2023.

The rules of this Court do not provide for filing notices of conflict or unavailability. Counsel may notify opposing counsel of her unavailability and request that her schedule be accommodated. With respect to deadlines for filing documents with the Court, attending hearings, trials, or otherwise, counsel must file a motion for an extension of time or a continuance, as appropriate. Accordingly, counsel may not rely upon the filing of the Notice as a basis to excuse her appearance before the Court as required or to comply with a deadline established by the Court or governing rules of procedures.

Accordingly, it is **ORDERED** that the Notice of Unavailability (Doc. 9) is **STRICKEN**.

**DONE** and **ORDERED** in Orlando, Florida on March 31, 2023.

EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE