**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ROBERT WARD and DILLON GASTON,
    Plaintiffs,

v.                         CASE NO.: 6:23-cv-00500-WWB-EJK

HUVI, INC.,
    Defendant.
_____/

## APPLICATION FOR CLERK'S ENTRY OF DEFAULT

The Plaintiffs, Robert Ward and Dillon Gaston, request that the Clerk of the Court enter default against Defendant Huvi, Inc. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. As set forth in the executed Verified Return of Service (Dkt. 6), Defendant was served by Benny Gonzalez of S&W Process Service on March 28, 2023, at 3:50 PM ET. Since being served, Defendant was required to serve a responsive pleading within 21 days, or by April 18, 2023. Fed. R. Civ. P. 12(a)(1)(A)(i). Defendant has not yet filed a responsive pleading as required by the Rule.

WHEREFORE, the Plaintiffs Robert Ward and Dillon Gaston respectfully request that the Clerk of the Court enter default against Defendant Huvi, Inc.

Dated: April 20, 2023,                         Respectfully Submitted,

                                                              */s/ Kathryn C. Hopkinson*
                                                                Kathryn C. Hopkinson, Esq.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of April 2023, a true and correct copy of the foregoing document was filed with the Court's CM/ECF filing service, and a copy of the foregoing was served via process server and electronic mail to the following party:

>Huvi, Inc.
>c/o Steven Sheldon, Registered Agent
>1745 Oviedo Mall Boulevard
>Oviedo, Florida 32765
>steve@myhuvi.com

        Respectfully Submitted,

        */s/ Kathryn C. Hopkinson*
        **Kathryn C. Hopkinson, Esq.**
        khopkinson@hopkinsonlawfirm.com

        HOPKINSON LAW, LLC

        210 North Excelda Avenue
        Tampa, FL 33609
        M: (508) 274-9169
        O: (813) 816-1514

        *Counsel for the Plaintiffs*