UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROBERT WARD and DILLON GASTON,
    Plaintiffs,

v.                                  CASE NO.: 6:23-cv-00500-WWB-EJK

HUVI, INC.,
    Defendant.
_____/

## PLAINTIFF DILLON GASTON'S ANSWERS TO COURT INTERROGATORIES

1. During what period of time were you employed by the Defendant?

   **September 17, 2021, through June 17, 2022**

2. Who was your immediate supervisor?

   **John Gaston**

3. Did you have a regularly scheduled work period? If so, specify.

   **Monday through Friday 9-5 pm**
   - **stayed late or came in early for certain shows, as required**

4. What was your title or position? Briefly describe your job duties.

   **IT/Logistics**
   **Job Duties:**
   - **Set prep**
   - **Show prep**
   - **Live switching**
   - **Audio engineering**
   - **Managed physical and data networks**

5. What was your regular rate of pay?

**Salary: $50,000 per year (please see attached Employment Agreement)**

6. What is the nature of your claim (check all that apply)?

___   Off the clock work (Defendant failed to record, or prohibited you from recording, all of your working time);

___   Misclassification (Defendant mistakenly classified you as exempt from overtime);

___   Miscalculation (Defendant failed to correctly calculate your compensation);

**X**   Other (Please describe): **Defendant stopped paying Gaston for time worked. When Gaston sent an email complaining of said non-payment, he was immediately terminated in retaliation.**

7. Provide an accounting of your claim, including:

   a. Dates;

   b. Regular hours worked;

   c. Over-time hours worked;

   d. Pay received versus pay claimed;

   e. Total amount claimed.

**Gaston was not paid for time/hours worked due Friday, June 10, 2022; approximately $1,923.07. Gaston wrote an email to CEO Roger Warren regarding the same and was immediately retaliatorily terminated. Gaston**

**also claims breach of employment contract as his employment was to be for a fixed amount of time (4 years).**

8.  If you have brought this case as a collective action: **N/A**

9.  Please specify all attorney's fees and costs incurred to date. With respect to attorney's fees, please provide the hourly rate(s) sought and the number of hours expended by each person who has billed time to this case.

    **Attorney Kathryn C. Hopkinson, Esq. of Hopkinson Law, LLC has currently expended approximately 30 hours at $400 per hour. The only cost to date was the court filing fee and service of process fee.**

10. When did you (or your attorney) first complain to your employer about alleged violations of the FLSA? **June 14, 2022, in writing.**

11. Was this complaint written or oral? (If a written complaint, please attach a copy). **Written. Said complaint has been attached.**

12. What was your employer's response? (If a written response, please attach a copy). **Written response and the response was termination. Said response has been attached.**

Dated: August 1, 2023,                                    Respectfully Submitted,

                                                    */s/ Kathryn C. Hopkinson*
                                                    Kathryn C. Hopkinson, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of August 2023, a true and correct copy of the foregoing document was filed with the CM/ECF filing service, which will send a notice of electronic filing to Defendant's counsel, Jamie White, Esq., SPIRE LAW, PLLC, 2572 West State Road 426, Suite 2088, Oviedo, Florida 32765, jamie@spirelawfirm.com.

Respectfully Submitted,

*/s/ Kathryn C. Hopkinson*
**Kathryn C. Hopkinson, Esq.**
khopkinson@hopkinsonlawfirm.com

HOPKINSON LAW, LLC

210 North Excelda Avenue
Tampa, FL 33609
M: (508) 274-9169
O: (813) 816-1514

*Counsel for the Plaintiffs*