## Fwd: Employment

**Dillon Gaston <dillon@webeamtv.com>**
Fri 6/17/2022 4:21 PM
To:Kathryn Hopkinson <khopkinson@curranantonelli.com>

[redacted]

---------- Forwarded message ----------
From: Roger Warren <roger@myhuvi.com>
Date: Jun 17, 2022 3:49 PM
Subject: Employment
To: dillon@webeamtv.com
Cc:

> Dear Dillon,
>
> Huvi, Inc. ("Huvi") f/k/a Martinez & Warren, P.A. is in receipt of your June 14, 2022 email regarding wages. We apologize for any inconvenience.  Please be advised that Huvi is attempting to conduct an accounting of company funds to, among other things, determine wages owed to employees, and, once that it is concluded, will be in a position to pay, and will pay, any and all wages which are due to you.
>
>
> Please be further advised that given the current state of the company's finances, Huvi has made the difficult decision to eliminate your position with the company effective **June 17, 2022**.  Accordingly, that will be your last day of employment with the company and you will be paid all wages which are due to you through that date. If you have any questions regarding your final paycheck, etc., please do not hesitate to contact us.
>
>
> Huvi thanks you for your service and wishes you the best of luck in your future endeavors.
>
>
>
> ***Roger Warren***
>
> CEO
>
> 407-385-9670 - Mobile

407-201-2000 ext 1003

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments