UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROBERT WARD and DILLON GASTON,
    Plaintiffs,

v.                                  CASE NO.: 6:23-cv-00500-WWB-EJK

HUVI, INC.,
    Defendant.
_____/

## PLAINTIFF ROBERT WARD'S ANSWERS TO COURT INTERROGATORIES

1. During what period of time were you employed by the Defendant?

   **September 20, 2021, through June 17, 2022**

2. Who was your immediate supervisor?

   **John Gaston**

3. Did you have a regularly scheduled work period? If so, specify.

   **Monday through Friday, 8 AM to 5-8 PM (depending on the day)**

4. What was your title or position? Briefly describe your job duties.

   **Studio Technician/Manager**
   **Job Duties:**
   - **OPEN STUDIO - LIGHTS ON - CHECK LOCATION FOR ANY ISSUES**
   - **SHUTDOWN AND RESTART COMPUTERS**
   - **UNLOCK THE FRONT DOOR AND GATE**
   - **SCHEDULE AND START DAYS PROGRAMMING**
   - **TURN ON EQUIPMENT - CHECK FOR ANY ISSUES**
   - **CHECK EMAILS AND MESSAGES**
   - **WATCH FOR STREAMS TO START / RESOLVE ANY ISSUES**

- **REACH OUT TO CHECK ON CERTAIN SHOWS, HOSTS, LOCATIONS, ETC**
- **PREPARE FOR DAYS SHOWS - ASSETS, NAMES, MEDIA INFO, STREAM CODES, ETC**
- **DOWNLOAD AND SETUP SWITCH INFORMATION AND GRAPHICS FOR DAYS SHOWS**
- **SETUP LIGHTS, CAMERAS, AUDIO, COMPUTERS, ETC... AND SETS FOR DAYS SHOWS**
- **TECHNICAL DIRECTOR FOR DAYS SHOWS**
- **SWITCH, RECORD, AND/OR STREAM SHOWS**
- **EDIT SHOWS AS NEEDED**
- **ACQUIRE SYNOPSES, INPUT TO APPROPRIATE DOCUMENTS/LOCATIONS**
- **MOVE COMPLETED SHOWS TO APPROPRIATE DRIVES AND DEVICES**
- **UPLOAD AND SCHEDULE SHOWS TO ALL PAGES/SITES**
- **UPDATE SPREADSHEET AND SCHEDULE/SYNOPSIS DOCS**
- **UPDATE SHOW DESCRIPTIONS ON THE WEBSITES**
- **CHECK, CORRECT, AND PURSUE ISSUES WITH SOCIAL MEDIA PLATFORMS,**
- **POSTINGS, VIOLATIONS, ETC**
- **CREATE INTROS/OUTROS FOR SHOWS**
- **BACKUP SHOWS AND MAINTAIN DRIVE SPACE**
- **CLEAN AND MAINTAIN STUDIO SPACE AND GEAR**
- **TRASH AND GENERAL CLEANING**
- **CONVERT AND UPLOAD SHOWS AND SEGMENTS FOR CLIENTS**
- **SET STREAMERS FOR END OF DAY**
- **TURN OFF GEAR, EQUIPMENT, LIGHTS, ETC.**
- **LOCK DOORS**

5. What was your regular rate of pay?

   **Salary: $50,000 per year (please see attached Employment Agreement)**

6. What is the nature of your claim (check all that apply)?

   \_\_\_ Off the clock work (Defendant failed to record, or prohibited you from recording, all of your working time);

___     Misclassification (Defendant mistakenly classified you as exempt from overtime);

___     Miscalculation (Defendant failed to correctly calculate your compensation);

**X**     Other (Please describe): **Defendant stopped paying Ward for time worked. When Ward sent an email complaining of said non-payment, he was immediately terminated in retaliation.**

7. Provide an accounting of your claim, including:

    a. Dates;

    b. Regular hours worked;

    c. Over-time hours worked;

    d. Pay received versus pay claimed;

    e. Total amount claimed.

    **Ward was not paid for time/hours worked due Friday, June 10, 2022; approximately $1,923.07. Ward wrote an email to CEO Roger Warren regarding the same and was immediately retaliatorily terminated. Ward also claims breach of employment contract as his employment was to be for a fixed amount of time (4 years).**

8. If you have brought this case as a collective action: **N/A**

9. Please specify all attorney's fees and costs incurred to date. With respect to attorney's fees, please provide the hourly rate(s) sought and the number of hours expended by each person who has billed time to this case. **Attorney Kathryn C. Hopkinson, Esq. of Hopkinson Law, LLC has currently expended approximately 30 hours at $400 per hour. The only cost to date was the court filing fee and service of process fee.**

10. When did you (or your attorney) first complain to your employer about alleged violations of the FLSA? **June 10, 2022, via email and voicemail (Plaintiff does not have access to said email). June 13, 2022, written formal demand letter. June 14, 2022, via email as directed by attorney.**

11. Was this complaint written or oral? (If a written complaint, please attach a copy). **Written. The June 14, 2022, email is attached.**

12. What was your employer's response? (If a written response, please attach a copy). **Written response and the response was termination. Said response has been attached.**

Dated: August 1, 2023,                                  Respectfully Submitted,

*/s/ Kathryn C. Hopkinson*
Kathryn C. Hopkinson, Esq.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of August 2023, a true and correct copy of the foregoing document was filed with the CM/ECF filing service, which

will send a notice of electronic filing to Defendant's counsel, Jamie White, Esq., SPIRE LAW, PLLC, 2572 West State Road 426, Suite 2088, Oviedo, Florida 32765, jamie@spirelawfirm.com.

    Respectfully Submitted,

    */s/ Kathryn C. Hopkinson*
    **Kathryn C. Hopkinson, Esq.**
    khopkinson@hopkinsonlawfirm.com

    HOPKINSON LAW, LLC

    210 North Excelda Avenue
    Tampa, FL 33609
    M: (508) 274-9169
    O: (813) 816-1514

    *Counsel for the Plaintiffs*