## Rob Ward - Unpaid wages

**editor1@webeamtv.com**
Tue 6/14/2022 12:40 PM

To:saby@sportsthreadcsfl.com <saby@sportsthreadcsfl.com>;roger@myhuvi.com <roger@myhuvi.com>;darrell@myhuvi.com <darrell@myhuvi.com>;roger@sportsthreadcsfl.com <roger@sportsthreadcsfl.com>

Cc:Kathryn Hopkinson <khopkinson@curranantonelli.com>;robwardprod@gmail.com <robwardprod@gmail.com>

Roger Warran, CEO

Martinez & Warren (Huvi, Inc.)

37 N Orange Ave, Suite 1000C

Orlando, FL 32801


Dear Mr. Warren,


I have attempted communication with the Company regarding unpaid wages that were due to be paid Friday, June 10, 2022. I am currently owed $1,923.07. I continue to work and adequately perform my job duties and am worried about not getting paid for my current and future work.


I have spoken to an attorney about my rights but would prefer to give the Company time to rectify the situation. Please send payment immediately per PayChex instructions.


If I do not receive any response and/or communication by Friday, June 17, 2022, I will be forced to retain an attorney.


Please govern yourself accordingly.


Best,

Rob Ward